AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

JAN 1 5 2023

MITCHELL R. ELFERS
CLERK OF COURT

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Othon Jorge Zamarripa | ) | Case No. 23-83 MJ - GJF |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 2016-December 2022__ in the county of __Dona Ana and elsewhere__ in the __State__ and District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Coercion and enticement of a minor |

I further state that I am a Homeland Security Investigations Special Agent and that this complaint is based on the following facts:

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

STEPHANI M LEGARRETA  Digitally signed by STEPHANI M LEGARRETA
Date: 2023.01.14 17:54:34 -07'00'

*Complainant's signature*

Stephani Legarreta-HSI Special Agent
*Printed name and title*

VIA PHONE.
Sworn to before me and signed in my presence.

Date: 1/15/2023

*Judge's signature*

City and state: Las Cruces, New Mexico

Honorable Gregory F. Fouratt
*Printed name and title*

## Affidavit

1. I, Special Agent Stephani Legarreta, your Affiant, have been a Special Agent with Homeland Security Investigations (HSI) and have been so employed since January of 2008. I am classified, trained, and employed as a federal law enforcement officer with statutory arrest authority charged with conducting criminal investigations of alleged violations of federal criminal statutes, including Title 18 of the United States Code. I am currently assigned as a criminal investigator for the Assistant Agent in Charge (ASAC), Las Cruces, New Mexico. Prior to my current position, I was a student for six (6) years at New Mexico State University, where I received my Bachelor's and Master's Degree in Criminal Justice. During the course of investigation, I have consulted with other HSI Agents and other law enforcement detectives and officers who have extensive experience investigating child exploitation. Your Affiant has conducted numerous state and federal investigations and received training, education, and experience with the identification and investigation of child exploitation violations. I have been personally involved with the execution of arrest warrants and search warrants to search residences, businesses and seize materials relating to child exploitation.

2. The information set forth in this affidavit was derived from my own investigation and/or communicated to me by other sworn law enforcement officers. Because this affidavit is submitted for the limited purpose of securing a criminal complaint, your affiant has not included each and every fact known to me concerning this investigation. Your affiant has set forth only those facts that your affiant believes are necessary to establish that probable cause to support a criminal complaint against Othon Jorge Zamarripa for coercion and enticement of a minor, in violation of 18 U.S.C. § 2422(b).

### Relevant Statutes

3. Title 18 U.S.C. § 2422(b) makes it federal crime for "[w]hoever, using the mail or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so, shall be fined under this title and imprisoned not less than 10 years or for life."

### Details of the Investigation

4. On January 10, 2023, Homeland Security Investigations (HSI) received information from the Dona Ana Sheriff Office (DASO) regarding incidents that occurred with a 10-year-old minor in Las Cruces and Anthony New Mexico and in El Paso, Texas. A 10-year-old minor (hereafter V1) had reported that her stepfather, identified as Othon Jorge Zamarripa, had been molesting her since she was approximately 4-5 years old. Zamarripa lives in Anthony, New Mexico, and V1 currently lives with her mother in a different residence.

5. During two forensic interviews which took place on January 10th and 12th of 2023, V1 revealed the following:

   a. V1 stated she was approximately 4-5 years old when Zamarripa first molested her. She explained she remembers the timeframe because her mother was pregnant with her brother which was in 2016. She then explained Zamarripa put "his penis in her butthole and it hurt". V1 then explained she saw white stuff on her butt and it felt wet and was liquid. After he was done, she stated she told him

she didn't like it but he "didn't really listen" to her. He then told her he wouldn't do it anymore but "that was a complete lie". Zamarripa would tell V1 not to tell her mother that he would molest her.

b. V1 explained that a video was taken of her by Zamarripa. V1 stated she told Zamarripa she did not "want him to record anything but he didn't listen". V1 went on to explain that Zamarripa put his penis in her mouth. V1 stated she was 10 years old when he recorded this video. V1 explained Zamarripa would use a black camera with detachable lens, and Zamarripa would change it out. V1 stated she knew he was recording because he pulled out the camera, placed it somewhere in the bedroom and after V1 was forced to give Zamarripa oral sex and Zamarripa ejaculated into V1's mouth, Zamarripa showed V1 the video he recorded of V1 giving oral sex to Zamarripa.

c. V1 further explained Zamarripa would "take photos back in the day" of her naked. She stated Zamarripa would have her pose and turn around when he would take photos of her naked. Zamarripa also used a similar camera to take the photos of V1.

d. V1 disclosed the last time Zamarripa molested her was at the residence where he resides currently, he had taken her phone away from her and placed it near where they were in the bedroom. Zamarripa told V1 to pull down her pants and he then pulled down his pants and started touching V1's butt. She then lied down on her stomach on top of the bed. Zamarripa began to squeeze her butt and stopped after white stuff came out of his penis. Zamarripa grabbed wipes and cleaned himself

and her and told her to pull up her pants. Zamarripa then gave V1's phone back to her and let her go back into the living room.

e. V1 explained she would get candy from Zamarripa after he would sexually abuse her, and he would treat her better than her siblings. She further explained that Zamarripa would let her eat a special type of cereal, with marshmallows or captain crunch with milk as a "bribe".

f. V1 stated Zamarripa would watch pornography. He would get on Duck, Duck, Go (a search engine) and watch "X videos". The videos were explained by V1 as videos with people naked that were "doing things like I would do to him". When Zamarripa would watch the pornography, "he would do things to his own penis, with his hand". V1 would see Zamarripa watch the pornography on is cell phone.

g. V1 explained a specific time when she was walking out of the bathroom and Zamarripa asked her to sit with him. Pornography was playing on his play station, which was a cartoon, specifically, "Princess Peach". Princess Peach is a character from the cartoon, Mario Brothers. When they watched the Princess Peach pornography, Zamarripa was "touching his penis".

h. V1 stated the sexual abuse have occurred in her houses that she lived in, in Anthony, Las Cruces and El Paso, Texas. V1 also stated she knew Zamarripa was sexually abusing her older brother. Zamarripa would have V1 "guard" the door to the bedroom when Zamarripa would sexually abuse her brother, who is now 15 years old. She knew this was happening because she looked in the room when things were occurring, and she has seen Zamarripa's penis in her older brother's mouth.

    i. In a forensic interview with V1's older brother that occurred on January 10, 2023, sexual abuse was disclosed by V1's older brother by Zamarripa. It was also disclosed that Zamarripa would have V1's older brother "guard" the door as well, when Zamarripa was sexually abusing V1.

    j. V1 also disclosed she had bumps (then pointed to her genital area in the interview), at some point and explained when she would urinate that it would "hurt" so bad she would cry. Law enforcement found a Las Cruces Police report in 2017, regarding V1 and an outbreak of herpes lesions within the vaginal walls. The medical examiner's notes reflected that the only way this would occur is if there was penetration into the vagina. Law enforcement was unable to determine who would have transmitted the sexually transmitted disease to V1 and the case was closed due to no suspect.

6. Law enforcement was able to narrow the timeframe of the sexual abuse described by V1 to the year of June 2016 to December 2022. Law enforcement also learned from V1 that the abuse began during the time when her mother was pregnant with her younger brother, which was the beginning of June 2016 to March of 2017. Law enforcement also learned that V1 has been staying with her mother and hasn't seen Zamarripa since December 19, 2022.

7. In order to use the search engine, Duck, Duck, Go, a user must connect to the internet. Accordingly, I believe Othon Jorge Zamarripa connected to the internet to show V1 pornography in an effort to entice and/or coerce her to engage in illicit sexual conduct. I know from my training and experience that the internet is a facility of interstate commerce.

8. In New Mexico, it is a crime for an adult to cause a minor under thirteen to engage in sexual activity. *See* NMSA § 30-9-11D(1). Based on my investigation, I believe Othon Jorge Zamarripa showed V1 other individuals engaging in sexual activity to entice and coerce her to engage in conduct that constitutes a violation of NMSA § 30-9-11D(1).

## Conclusion

9. Based on all of the above information, your affiant submits there is probable cause to believe that Othon Jorge Zamarripa coerced and enticed a minor, in violation of 18 U.S.C. § 2422(b).

10. Prosecution of Othon Jorge Zamarripa was approved by Assistant United States Attorney Marisa A. Ong.

STEPHANI M LEGARRETA
Digitally signed by STEPHANI M LEGARRETA
Date: 2023.01.14 17:55:16 -07'00'

Stephani Legarreta, Special Agent
Homeland Security Investigations

Subscribed and sworn before me this VIA TELEPHONE 15th day of January 2023.

HONORABLE GREGORY F. FOURATT
UNITED STATES MAGISTRATE JUDGE

6