IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

v.  No. 23-CR-909-MIS

OTHON JORGE ZAMARRIPA,

    Defendant.

# ORDER

    THIS MATTER is before the Court on Defendant's Motion to Reset Pretrial Deadlines and for Clarification of Pretrial Deadlines Related to New Discovery and New Charge ("Motion") filed on June 5, 2025. ECF No. 150. The Court held a hearing on the Motion on June 10. Clerk's Minutes, ECF No. 154. At the hearing, counsel for Defendant represented that she sought specifically for an extension of deadlines to (1) respond to the Government's sealed motion in limine docketed as ECF No. 95; (2) file an amended expert notice for Defendant's proffered expert Dr. Susan Cave, *see* ECF No. 109; and (3) file motions in limine, if any, related to the recently-added third count of the Third Superseding Indictment, *see* ECF No. 136. The Court additionally raised the possibility of an extension of time for Defendant to respond to the Government's sealed notice docketed as ECF No. 93. At the conclusion of the hearing the Court orally granted an extension of time for Defendant to respond to ECF No. 93 and set the deadline for Defendant's response as June 26, 2025. *See* Clerk's Minutes at 2. The Court stated that an order would be filed as to the other extension requests. *Id.* This Order follows.

    Defendant's request for an extension of time to respond to ECF No. 95 is GRANTED. Such response will also be due on June 26. Defendant's request for an extension of time to file an amended expert witness notice for Dr. Cave is DENIED. The original notice was itself untimely,

1

and the deadline for expert witness notices has long since passed. *See* ECF No. 79 (setting deadline of February 21, 2025); ECF No. 109 (expert notice filed on March 28, 2025). At a status conference on April 15, 2025, Defense counsel requested an extension of time to file a corrected notice. The Government indicated that it did not object to an extension as a matter of timeliness under the scheduling order, but would preserve its objections in ECF No. 117, including that if the amended notice remedied deficiencies under Rule 16 the Government would still object as to its content. The Court granted the requested extension and ordered that the amended notice be filed by the following Monday, April 21. Defendant did not file an amended notice by that deadline, nor did counsel otherwise apprise the Court of any need for additional time to do so until the hearing on the present Motion nearly two months later on June 10.

Defendant's request for an extension of time to file motions in limine, if any, related to the third count of the Third Superseding Indictment is GRANTED. Any such motion must be filed by June 26, 2025. The Government's response(s) to any such motion(s) will be due July 3, 2025.

Defendant's Motion is otherwise DENIED.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE