IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO
JUL 16 2025
MITCHELL R. ELFERS
CLERK OF COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 23-CR-909-MIS |
| | ) | |
| vs. | ) | Counts 1 and 2: 18 U.S.C. § 2422(b): |
| | ) | Coercion and Enticement; |
| **OTHON JORGE ZAMARRIPA,** | ) | |
| | ) | Count 3: 18 U.S.C. §§ 2252A(a)(5)(B), |
| Defendant. | ) | 2252A(b)(2), and 2256: Access with Intent |
| | ) | to View Child Pornography. |

FOURTH SUPERSEDING INDICTMENT

The Grand Jury charges:

Count 1

From on or about January 1, 2018, and continuing to on or about December 19, 2022, in the District of New Mexico and elsewhere, the defendant, **OTHON JORGE ZAMARRIPA**, using any means or facility of interstate and foreign commerce, including a computer, an interactive computer service, a cellular phone, and the Internet to access sexually explicit materials to knowingly persuade, induce, entice, and coerce any individual who had not attained the age of 18 years, Jane Doe, to engage in any sexual activity for which any person could be charged with a criminal offense.

In violation of 18 U.S.C. § 2422(b).

Count 2

From on or about January 1, 2018, and continuing to on or about December 19, 2022, in the District of New Mexico and elsewhere, the defendant, **OTHON JORGE ZAMARRIPA**, using any means or facility of interstate and foreign commerce, including a computer, an interactive computer service, a cellular phone, and the Internet to access sexually explicit

materials to knowingly persuade, induce, entice, and coerce any individual who had not attained the age of 18 years, John Doe, to engage in any sexual activity for which any person could be charged with a criminal offense.

In violation of 18 U.S.C. § 2422(b).

## Count 3

Beginning on an unknown date and continuing to on or about January 15, 2023, in the District of New Mexico, the defendant, **OTHON JORGE ZAMARRIPA**, knowingly accessed with intent to view any material which contains child pornography, as defined in 18 U.S.C. § 2256(8), that had been transported using any means and facility of interstate and foreign commerce including by a computer, an interactive computer service, a cellular phone, and the Internet, and had been transported in and affecting interstate and foreign commerce including by a computer, an interactive computer service, a cellular phone, and the Internet, and was produced using materials which had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by a computer, an interactive computer service, a cellular phone, and the Internet.

In violation of 18 U.S.C. §§ 2252A(a)(5)(B), 2252A(b)(2), and 2256.

## FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. § 2242, the defendant, **OTHON JORGE ZAMARRIPA**, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253, any property, real or personal, used or intended to be used to commit or to promote the commission of the offense for which the defendant is convicted.

The property to be forfeited to the United States includes, but is not limited to, the following:

    a.    Apple iPhone 12 Pro A2341, IMEI: 356961132461347;

b.  Silver iPhone A1549, IMEI:359300060346328;

c.  32 GB Pixtor SanDisk SD Card;

d.  White iPhone A1387, FCC ID: BCG-E2430A;

e.  Gold iPhone A1533, IMEI:013851006050133;

f.  Sony A7 Camera 6187679 with black bag;

g.  Black CorsAir PC Unit;

h.  JVC 12x Video Camera, SN:07191179;

i.  17 VHS-C tapes;

j.  3 Camcorder Video Cassette Tapes;

k.  2 GB Sandisk SD Memory Stick Pro Duo Magic Gate Card;

l.  Black iPhone A1865;

m.  Silver iPad A2200, SN: F9FZP2CVMDG1 with a blue case;

n.  Western Digital EasyStore Hard Drive, SN:WX22AA1J031A;

o.  MacBook Pro laptop A2485, SN:X07H99H2Q1;

p.  Two Micro HC SanDisk SD cards 4GB;

q.  Windows Surface 1631, FCC ID: C3K1631;

r.  HP Notebook PC 630 Laptop, SN: 5CB238134V; and

s.  Cruzer Glide SanDisk USB Drive 32GB.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

*RCW*

3