

Aadarsh Prasad <prasad.aadarsh@gmail.com>

# [Request for Position] 23-cr-00909-MIS; USA v. Zamarripa; Motion to Reset Deadlines and for Clarification

**Shaharazad Booth** <shaharazad.booth@gmail.com>  
To: Aadarsh Prasad <prasad.aadarsh@gmail.com>

Fri, Jul 18, 2025 at 5:37 PM

**EXHIBIT A**

---------- Forwarded message ----------
From: **Shaharazad Booth** <shaharazad.booth@gmail.com>
Date: Thu, Jun 5, 2025, 3:15 PM
Subject: Re: [EXTERNAL] [Request for Position] 23-cr-00909-MIS; USA v. Zamarripa; Motion to Reset Deadlines and for Clarification
To: Stahl, Joni (USANM) <Joni.Stahl@usdoj.gov>
Cc: Aadarsh Prasad <prasad.aadarsh@gmail.com>, Dering, Jackson (USANM) <Jackson.Dering@usdoj.gov>, Rouse, Ashley (USANM) <Ashley.Rouse@usdoj.gov>

I remember the deadlines for pending replies but not other deadlines. There was a lot of plates in the air so I could be wrong.

She did deny this request for extension but I would feel better with a filing instead of oral request as the last one was.

On Thu, Jun 5, 2025, 2:54 PM Stahl, Joni (USANM) <Joni.Stahl@usdoj.gov> wrote:

> Sherry,
>
> You can note our opposition to resetting the deadlines in this case. I'm out of the office so I don't have my notes from the hearing on the motion to continue, but I'm pretty confident the court discussed deadlines (contrary to what is asserted in paragraph 4 of the proposed motion).
>
> We are working on responses to the other correspondence you sent recently as well.
>
> I will try to touch base early next week once I'm back in the office.
>
> Thanks,
>
> Joni
>
> **From:** Aadarsh Prasad <prasad.aadarsh@gmail.com>
> **Sent:** Thursday, June 5, 2025 1:12 PM
> **To:** Stahl, Joni (USANM) <Joni.Stahl@usdoj.gov>; Dering, Jackson (USANM) <Jackson.Dering@usdoj.gov>; Rouse, Ashley (USANM) <Ashley.Rouse@usdoj.gov>
> **Cc:** Shaharazad Booth <shaharazad.booth@gmail.com>
> **Subject:** [EXTERNAL] [Request for Position] 23-cr-00909-MIS; USA v. Zamarripa; Motion to Reset Deadlines and for Clarification

7/18/25, 5:37 PM
Case 2:23-cr-00909-MIS    Document 195-1    Filed 07/18/25    Page 2 of 2
Gmail - (Request for Position) 23-cr-00909-MIS, USA v. Zamarripa, Motion to Reset Deadlines and for Clarification

Greetings,

Please find the attached motion in the above stated case. Counsel, Ms. Shaharazad Booth is circulating this for your position prior to filing.

Thank you,

Aadarsh Prasad
Paralegal [Contractor]
Booth Law Firm
P.O. Box 13856
Las Cruces, NM 88013
sbooth@sboothlaw.com
Cell ▮▮▮▮▮▮▮▮▮▮
Office: 575-323-8233